The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LENORA PETTIT and DONALD PETTIT, Individually and as a Marital Community,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and JOAN G. FITZHARRIS, M.D.,<br><br>Defendant. | No. C08-05565-RBL<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL TO DISMISS DEFENDANT JOAN G. FITZHARRIS, M.D. AND AMEND THE CAPTION** |

**STIPULATION**

Pursuant to Red. R. Civ. P. 41(a)(1), the parties, by and through their undersigned counsel, do hereby stipulate that defendant Joan G. Fitzharris, M.D. be dismissed from this action without prejudice and without an award of fees or costs to any party. The parties further stipulate that the caption be amended to reflect this dismissal.

JOINT STIPULATION AND ORDER OF DISMISSAL TO DISMISS
DEFENDANT JOAN G. FITZHARRIS, M.D. AND AMEND THE CAPTION
(C08-05565-RBL) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 19th day of November, 2008.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | MIRACLE PRUZAN & PRUZAN |
| */s/ Maren R. Norton*<br>Maren R. Norton, WSBA No. 35435<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: maren.norton@usdoj.gov<br>Attorney for Defendants | */s/ Steven R. Pruzan*<br>Steven R. Pruzan, WSBA No. 6061<br>1000 Second Avenue,<br>Seattle, WA 98104<br>Phone: 206-624-8830<br>Fax: 206-624-2297<br>Email: spruzan@miraclelaw.com<br>Attorney for Plaintiff |

JOINT STIPULATION AND ORDER OF DISMISSAL TO DISMISS
DEFENDANT JOAN G. FITZHARRIS, M.D. AND AMEND THE CAPTION
(C08-05565-RBL) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated, the above is **SO ORDERED**. The Clerk is directed to |
| 3 | send copies of this Order to all counsel of record. |
| 4 | |
| 5 | DATED this 20th day of November, 2008. |

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Maren R. Norton*
Maren R. Norton, WSBA No. 35435
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: maren.norton@usdoj.gov
Attorney for Defendants

*/s/ Steven R. Pruzan*
Steven R. Pruzan, WSBA No. 6061
Miracle Pruzan & Pruzan
1000 Second Avenue,
Seattle, WA 98104
Phone: 206-624-8830
Fax: 206-624-2297
Email: spruzan@miraclelaw.com
Attorney for Plaintiff

JOINT STIPULATION AND ORDER OF DISMISSAL TO DISMISS
DEFENDANT JOAN G. FITZHARRIS, M.D. AND AMEND THE CAPTION
(C08-05565-RBL) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970